United States Bankruptcy Court
Eastern District of Michigan
Southern Division - Flint

In re:
Thomas McGeathy and
Carolyn McGeathy                                  Case No. 04-30458
        Debtor.                         Chapter 7
_____/                    Hon. Walter Shapero

Tiny Sue McGeathy,
        Plaintiff,

v.                                                 Adv. No.04-03087

Thomas McGeathy,
        Defendant.
_____/

## ORDER

For the reasons stated in the opinion entered on this date, the Court finds that the debt owed to Plaintiff in the amount of $26,366.90, is not dischargeable pursuant to 11 U.S.C. § 523(a)(15).

**Entered: August 31, 2006**

                                                  **/s/ Walter Shapero**
                                  **Walter Shapero**
                                  **United States Bankruptcy Judge**